**FELONY**

**FILED**
6/25/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



1:26-cr-00338
Judge John Robert Blakey
Magistrate Judge Laura K. McNally
RANDOM/Cat. 4

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Alexander Iniguez Mercado | Yes | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

Will any defendant require a foreign language interpreter for Court appearances? **No**

What is the most severe level of offense/penalty in this indictment or information? **Obstruction/Perjury IV**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 18, United States Code, Section 1519**

Assistant United States Attorney(s): **Elly Moheb**

Contact Person and Phone Number: **Elly Moheb 312-353-1412**