# Exhibit 1

Conversation | Details | Attachments (2) | Notes (0)

💬 🏷️ 🏷️ 🗐 Transcribe  ⚙️ Go to ▾

— ✓ Select/Deselect all...    🔍 Enter text to filter ...

**7054748932066657326 (owner)** 👤

Hey I assume you wanna join

3/16/2026 8:08:21 PM(UTC-5)

Sources (1)

👤 ▮▮▮▮▮▮▮▮

Depends on what it is but yes I'm watching and waiting.

3/16/2026 8:09:14 PM(UTC-5)

Sources (2)

**7054748932066657326 (owner)** 👤

Well I'll tell u this much peace ain't the option

3/16/2026 8:09:37 PM(UTC-5)

Sources (1)

**7054748932066657326 (owner)** 👤

U got signal ?

3/16/2026 8:09:41 PM(UTC-5)

Sources (1)

👤 ▮▮▮▮▮▮▮▮

📄 private_image

3/16/2026 8:10:13 PM(UTC-5)



GOVERNMENT EXHIBIT 1