# Exhibit 2

*# 1*

. . .

**█████████████** - March 23 2026 06:05:19 pm PDT

I know ball gang im trynna get the **17** cuz ts like a Lego but a Glock

**█████████████** - March 23 2026 06:05:46 pm PDT

Look up the tti 2011

**█████████████** - March 23 2026 06:06:08 pm PDT

Thas the one I want


GOVERNMENT
EXHIBIT
2



# 2

February 28 2026 05:44:30 pm PST

I low-key need the dark web and I'm trynna figure ts out but I'm dyslexic asf 🙏 😭

https://archive.org/details/theanarchistcookbookwilliampowell

███████████████████ March 07 2026 10:02:12 am PST

Hell yeah I already know what type of time the gov on, trust ion wanna get hurt but shi I'm willing to die for this bro, there's kids out there that need justice, and politicians are crying bout Iran when they literally did nothing ???

███████████████████ March 07 2026 10:03:31 am PST

Hell yeah, I even made my own group called ████ I got people all over, we got some stuff planned but if they hurt anyone at any of these protests, they know it's gonna be up

. . .

████████████████████████████████████

I'm very happy Alex that's great news

March 10 2026 09:31:01 pm PDT

But man I got promoted to president so now I'm running a lot more and not is it a lot 😭 mfks really got they big boy pants on (edited)

. . .