# Exhibit 3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20467 | 13 | 2/24/2026 4:20:56 PM(UTC-6) | 4/10/2026 | 4/10/2026 11:19:08 AM(UTC-5) | Signal | ███████ | I do have some people in mind | 3/1/2026 1:41:58 AM(UTC-6) |
| 20468 | 13 | 2/24/2026 4:20:56 PM(UTC-6) | 4/10/2026 | 4/10/2026 11:19:08 AM(UTC-5) | Signal | ███████ | Look I just need you to be patient until the time is right but we can really make history pa | 3/1/2026 1:42:41 AM(UTC-6) |
| ██ | ██ | ████████ | ██ | | | ████████ | ███████ | ██ |
| 20470 | 13 | 2/24/2026 4:20:56 PM(UTC-6) | 4/10/2026 | 4/10/2026 11:19:08 AM(UTC-5) | Signal | ███████ | Shi so do I yfm but like real warzone, really drenching shit with actual plans making sure no guys are hurt snd they do it too with no casualties (SOMTIMES) | 3/1/2026 1:44:20 AM(UTC-6) |
| ██ | ██ | ████████ | ██ | | | ████████ | | ██ |
| 20538 | 13 | █24/2026 4:20:56 PM(UTC-6) | 4/10/2026 | █10/2026 11:19:08 AM(UTC-5) | Signal | ███████ | But the reason why I love the skull so much is cuz well death.. Ima very strong believer in what I know, I know right and wrong and when u do wrong I feel such strong hatred such anger and pure violence bro somtimes I can't control it and like these mfks deserve to die all of em so idk the skull and my artstyle the way I made it really signifies that for me | 3/2/2026 4:13:52 PM(UTC-6) |
| ██ | | | ████████ | | | ████████ | | ██ |

GOVERNMENT EXHIBIT 3