# Exhibit 4

Timestamp: 4/12/2026 11:08:06 PM(UTC-5)
Source App: Signal
Body:
My name is dndswvzy and I'm from Chicago, I'm now 20 and I got some fire arm experience and ive done hella airsoft when I was a teen but not as much anymore cuz the hobby can get expensive, I also have worked on cars a lot in my life so I know a thing or two about a motor, and I'm open to learning anything new, I'm also very interested in learning survivalist skills, I'd say I have some but by far not a expert so I'm willing to learn anything



Timestamp: 3/9/2026 11:53:16 PM(UTC-5)
Source App: Signal
Body:
I was thinking waves of teams, we first infiltrate by looking like normal shoppers, not going in all at once but slowly filling up the store until it's a even amount between actual shoppers and revolutionists

Once said Walmarts are Alll filled, mind u communications would be across MULTIPLE WALMARTS to ensure the hit is at the same time and it shocks law enforcement making their hands tied up, ofc they still might get there within 10 minutes

There will be a time given to start the raiding, first wave is after non perishables, once other folks see this it's gonna be monkey see monkey do leaving all Walmarts in utter chaos, first wave is going to cover for the second wave is gonna be a group of 10 or so whos gonna be waiting for first wave to run out so then second wave comes in,their after utilities, items we're gonna sorta need but are gonna need to be replaced often, then when second wave comes, and while this happens the people from the first wave should come back in creating the third and the people from the 2nd are joining to grab the rest of important items such as survival stuff or vital things like guns and such in certain states

Still working on it I have it written down but this is more so of a raid and protest

From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓) [RBUS]
Timestamp: 3/9/2026 11:54:13 PM(UTC-5)
Source App: Signal
Body:
I'm down for more than a little start, to me the Walmart is a good option for getting support for recruitment or community out reach, which obviously could involve the loss of life. But I'm also down to targeting DHS and taking them out while they sleep in their hotel rooms or ambush them there

Timestamp: 3/9/2026 11:54:25 PM(UTC-5)
Source App: Signal
Body:
And any pigs who get in the way get out our way 🐵

2

```
From:
Timestamp: 3/13/2026 8:14:57 PM(UTC-5)
Source App: Signal
Body:
I've already hunted people what needs to be done
```

```
Timestamp: 3/13/2026 8:15:24 PM(UTC-5)
Source App: Signal
Body:
Been mentally preparing myself, never known what it's truly like to kill a man yet, but definitely know the after math of
what damage I can do, I'm fucking ready, sure i will get traumatized a bit 🐱 but I'm fucking ready
```

4

```
Timestamp: 3/23/2026 6:28:45 PM(UTC-5)
Source App: Signal
Attachments:
```

```
Body:
So far this is most of my equipment I got, I know my whole fit has to be changed so I think ima start by the plate carrier just for the protection, obviously ima have to get other things
as well but I'm open to any suggestions, once I catch up with my rent ima get a 80% upper and get it machined so I can build me a ar-15, I also wanna get my hands on a Glock 17, easy to
find ammo for both systems
------------------------------
```

## Attachments from post above:

 

```
------------------------------
Timestamp: 3/23/2026 6:32:52 PM(UTC-5)
Source App: Signal
Body:
Yessirrrr, I'd say realistically I should have all important items I need within 2-3 months at the least depending on what life throws my way
------------------------------
```

```
------------------------------
From: System Message
Timestamp: 6/9/2026 4:27:13 PM(UTC-5)
Source App: Signal
Body:
```

[REDACTED]

```
------------------------------
From: [REDACTED]
Timestamp: 6/9/2026 4:33:17 PM(UTC-5)
Source App: Signal
Body:
```

Welcome aboard ladies and gentlemen. I won't sugar coat it. All vets in DC on June 14th, there will be a protest happening at the cage fight. We will reinforce. Get ready folks. This is where it starts.

I got word several other factions are attempting strike, breach and rescue operations on 🔵 camps and data centers. A three for one special. This will follow by events planned for every week after the 14th until July 4th. That's where everyone hits everywhere all at once. We have fall back locations ready. Prepare your teams accordingly if you need reinforcements get ahold of me. This group will cease to exist in 72hrs time. Good luck ladies and gentlemen. God speed. "Let's give these bastards a good hammering"

6