# Exhibit 5



Everyone here will need to be ready by the 4th. June 14th is the beginning. Prepare accordingly. I'll help anyone here prep. Just shoot me a DM

**Priority:** Normal

GOVERNMENT
EXHIBIT
5



I also sent it to militants they want in, they will be there on the 14 in DC, the 14th will start this party, the 4th is the second wave. By then we will have a trained force to be wrecked with. It's only been 1 week and we have damn near all 50 states. Imagine what we can do with 3 or 4

**Priority:** Normal



We have roughly 3 weeks to prepare for the 4th, if the 14th doesn't go according to plan we will have a second wave

**Priority:** Normal